# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2172 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 182 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 7851 |
| DONALD B. CORRIERE, | : | |
| Respondent | : | (Northampton County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 18th day of June, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated May 26, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Donald B. Corriere is suspended on consent from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.